# EXHIBIT G

"Mariano, Martin (PLZ)" <Martin.Mariano@Fairmont.com>
RE: complaint of harassment
December 8, 2014 7:45 PM

Tina,
Thank you for taking the time to report this to me in such detail. I am appalled by the kind of behavior that you have experienced and I assure you this will not be tolerated. I only wish that I had been here to diffuse this unnecessary situation.

Just to give you some background, the morning bartenders expressed concern to the union that their shift was being cut short. They are scheduled until 6pm so they felt they should have an opportunity to serve guests until 5:30pm prior to breaking down/setting up. With the complicated set up, this is a challenge to coordinate them departing while you come on board. With all the things that have presented themselves to be, this is yet another obstacle we need to work around.

I am sorry that Edmund took it upon himself to exercise his authority to "push" this upon you when the leaders haven't even had a moment to figure it out with scheduling. A courtesy we would have extended to anyone with proper notice. Having said that, it is unacceptable that any colleague would treat another with any disrespect. Luigi is the Server delegate. I'm not sure why he came across in such an inappropriate manner since he can represent all current employees, not just the previous ones.

I am getting statements from everyone who may have witnessed this situation and I have the interim HR director in the loop on this. Please feel free to call me at any time to discuss this further.
Martin

-----Original Message-----
From: Tina Michelle Braunstein [mailto:tmichelle15@me.com]
Sent: Monday, December 08, 2014 4:04 PM
To: Mariano, Martin (PLZ)
Subject: complaint of harassment

Hello Marty,

On Tuesday when I am back, I need to enter an official harassment complaint on Edmund (last name unknown) for the hostile and abusive manner in which he attacked me on Saturday, December 6, 2014 and prevented me from doing my job.

I came upstairs at approximately 5:10 pm to be informed by my team, Eddie & Roberto that we cannot go onto the bar to set up, because Edmund was flipping out, "it was a union thing" that he was saying too many people were back there, that he was refusing to exit the bar at 6pm, and was preventing us onto the bar. Eddie was trying to do whatever he could prepare in the upstairs kitchen. Since supposedly Edmund would allow one person to go onto the bar to set up, I volunteered.

Upon entering the bar with Saide (spelling ? last name unknown) and Edmund - I immediately tried to start our usual set up. Edmund did all he could to get in my way physically as well as constantly raising his voice to me about being in his way, and that he was not leaving the bar, even at 6pm. He stated that he will not let me start at 6, that he was not leaving until he decided as to what time he wanted to leave. This was all said in front of a fully sat bar, the guests around us heard his tirade. He was definitely "getting in my face" very aggressively. I kept asking him to calm down and please do not speak to me that way. To Saide's credit, he managed to stay calm and continued to take care of all the guests during this.

Edmund went up to Dan (last name unknown) and completely went off on his tiraid, this was to the left of the back bar (the cabinet) where glassware is stored. He again got so agressive with me, that I made a point of stepping behind Dan to protect myself. Sara steppped into this scene for a minute than left. At one point I went infront of Dan to say how mortified I was that this was being done infront of guests, I turned to Edmund and repeated that to him, that he needs to step off of the floor and never cause a scene infront of the guests, this set him off even more.

The bar had no glassware, no juices in the wells, the daytime bartenders did not do any restocking for us - even though we spend two hours each night cleaning the bar and restocking for them. I continued to try to set up, even though Edmund kept getting in my way. At one point, he asked me if I was taking guests yet, I replied that I could not because we were not set up, that he did not restock any glassware and that the top of the sevice bar was a mess. Then I asked Edmund if he would again restock glassware & clear the top of the sevice bar, he kept repeating "I certinly will not"

I said I would have to do it. Unless he would, so I could take care of guests showing up now around 6pm. Edmund was now off of the bar standing around the 102 position, he started screaming at me, over the bar infront of our guests that "you just told me to serve the bar, I am going to serve the bar " " I'll stay here all night". In the hour long tiraid, I cannot say that Edmund took care of any guests, nor did he do any cleaning or restocking. He was not doing his job, just running on and off of the bar causing a hostil scene.

I knew that I had to start taking care of our guests, if nothing else to try and shut down all the chaos and drama that Edmund was causing. I served a few people but still was not able to ring anything In due to Edmund refusing to close out his registar and end his shift.

Then John-Pierre (last name unknown) approached me at the servive bar and demanded that I step off of the bar and come with him to the back to speak with him, Edmund & Louigie ( last name unknown - Louigie agressively snapped his fingers and demanded that I follow him - I have NO idea who this guy is) JP would not tell me why just that I must follow him. I said my manager Amin told me to stay on the bar and start serving. JP said that he was Amin's boss thus I must listen to him. I said no, that I was not comfortable doing such. He kept demanding that I listen too him. Finally I said that I would, but, only if Amin was with me. As we approached the kitchen, Amin & JP started arguning, Amin said not to do this now, that we are in service. I pointed out to Amin that I already started service but could not ring anything in due to the fact that they would not leave, and give me a register.

Amin came onto the bar to close out Edmunds registar, Edmund wrongly accused Amin of pushing him = more drama.

Marty, I am asking you to save any video of this scene from 5-6:30pm - it would back up my account of the situation. On Tuesday I will fill out any paperwork to lodge an officcial complaint of harrassment against Edmund. I also ask that you please address both Louigie & JP as to why they believed it was ok to approach me, demand that I step off of the bar when my manager was right there, and they chose to not speak with him first.

I trust we can handle this in a quick and professional manner as to not allow this happen again, and to make sure our guests are properly served in the eloquent style which is expected for The Plaza.

Thank you for your attention,
Tina Michelle Braunstein

This communication is the property of FRHI Hotels & Resorts and contains confidential information intended only for the persons to whom it is addressed. If you have received this message in error, please immediately notify us by return e-mail and destroy the original message and all copies.