# EXHIBIT H

Meeting with Edmund,
December 10, 2014
Re: Incident with Tina Braustein on Saturday December 6, 2014

Edmund meeting;
- Johan was improving the bartender "turnover" process between shifts
- On Saturday bar was full. All stools taken up.
- Amin was encouraging all the PM bartenders to get behind the bar to assist with set up. It was very busy and we needed help stocking glassware, setting up bar
- All the Managers were here on the floor assisting.
- Managers need to communicate to understand the turnover. Johan has a process: One bartender comes behind the bar at 5pm. The rest do set up outside because there is not enough room. Eddie came behind the bar on time.
- The AM bartenders takes orders until 5:30pm when the lights go down to night setting. We (AM bartenders) clean up and leave bar at 6:00pm
- Edmund, Salah, Eddie and Tina ere all behind the bar
- Two new guests sat at the bar. I asked Tina "do you want to take the order?" She refused. Very hostile, aggressive and said " you wouldn't let us behind the bar to set up so forget it". I was following the process.
- Soon after, she finished setting up her station and changed her mind and asked to take over the guests. I said "forget it, I have it". I didnt get loud. I kept my cool.
- Tina threatened me and said "You don't know who you are messing with. Go fuck yourself"
- Edwin heard her and Salah was there as well. Tina said under her breath that she "has an uncle who is an attorney" and that I "better not mess with her".
- I didn't want to lose my temper. I walked out from behind the bar and went to get Luigi (delegate)
- Luigi asked JP (GM) to go get Tina that he wants to speak to her. JP gets Tina. We all go in the back: JP myself, Luigi and Tina to discuss.
- Amin got involved and began to discuss with JP about what was going on as he was confused. I was asked to go back to the bar.
- Question: Did Amin push you? Edmund: "no"

Martin: I followed up with Tina when she returned to work to explain to her the JP is the General Manager. How she does not know this is confusing. She has worked with him for over six weeks now. I further explained that Luigi is a union delegate and he was asked by Edmund to witness and arbitrate the situation. I told her I was investigating the incident and that we needed to speak to everyone involved.

I spoke to Edwin and he confirmed to me that Tina was aggressive, bossy and used foul language. He said she made a comment about getting an attorney. He was very concerned and claims she has not been getting along with the other staff. He asked to remain confidential because he doesn't want problems with her.