# EXHIBIT L



# 30 & 60 DAY
## INTRODUCTORY REVIEW



| Employee Name: Tina Brauenstein | Department: Palm Court |
|---|---|
| Original Hire Date: 10.27.14 | Completed By: Johan Widnersson |
| Date of Appraisal: 01.09.14 | |

Does the colleague demonstrate such behavior?

| BEHAVIORS | 30/60 DAYS | |
|---|---|---|
| | YES | NO |
| Respect for others | | X |
| Acts with Integrity | X | |
| Professionalism | | X |
| Guest Satisfaction | X | |
| Engaging Service | X | |
| Quality of work | | X |
| Adherence to Standards | | X |
| Job Knowledge | X | |
| Service Essentials | X | |
| Productivity | | X |
| Positive Attitude | | X |
| Cooperative | | X |
| Accepts Responsibility | | X |
| Initiative to make decisions - Empowerment | X | |
| Reliability | | X |
| Attendance & Punctuality | | X |
| Health and Safety | X | |
| Team Player | | X |
| Leadership | | X |

OVERALL PERFORMANCE SUMMARY: Below [X]   Meets [ ]   Exceeds [ ]

Comments: I Do not Agree with my Review JW

| Department Head: | Date: 1/9/2015 |
|---|---|
| Review Conducted By: | Human Resources: |
| Employee Signature: | |