# EXHIBIT 6

EEOC Form 5 (11/09)

 

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other Information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>520-2015-03582 |
|---|---|---|

New York State Division Of Human Rights                                       and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.)<br>**Ms. Tina Braunstein** | Home Phone (Incl. Area Code)<br>**(718) 884-7222** | Date of Birth<br>**01-05-1968** |
|---|---|---|

Street Address                                      City, State and ZIP Code
**3845 Sedgwick Avenue, Apt. 14d, Bronx, NY 10463**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**THE PLAZA HOTEL** | No. Employees, Members<br>**500 or More** | Phone No. (Include Area Code)<br>**(212) 759-3000** |
|---|---|---|

Street Address                                      City, State and ZIP Code
**5th Avenue At Central Park South, New York, NY 10019**

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|

Street Address                                      City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest                Latest
                        03-13-2015

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):
**SEE ATTACHED PARTICULARS.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date                    Charging Party Signature | |

.08.2016 05:35                                                                                              PAGE.  1

EEOC Charge No. 520-2015-03582

Braunstein v. The Plaza Hotel



EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
NEW YORK DISTRICT OFFICE
ENFORCEMENT UNIT - E1

FEB 0 8 2016

DATE RECEIVED

<u>Statement of Charging Party</u>

My name is Tina Braunstein. I am a 48 year old white female. I believe I have been discriminated against based on my gender, and retaliated against for complaining about my treatment, by my former employer, The Plaza Hotel (herein after referred to as "Respondent"). I believe I was subjected to disparate treatment in comparison to my male coworkers.

I was hired by Respondent in October 2014 as a Bartender for the Palm Court Bar, one of four, and the only female. I have acquired vast knowledge on wine and spirits, and have won cocktail competitions. I have helped open fourteen high end restaurants, often as the Lead/Head Bartender. At all times during my employment I performed my job at a satisfactory level. Prior to hiring and during our training all four of us were told repeatedly that we had an equal shot to be the Lead Bartender. From day one, behind the bar, that proved not to be true. Respondent's all male management team favored James Menite. There are three stations behind the bar, Lead/point, Service and Second. James was assigned the Lead/Point station exclusively and refused to work the other stations. James would openly state that he was hired to be the Lead Bartender, and Respondent neither said nor did anything to dispute his claim. Respondent exclusively used James for press and photo shoots making him the face of the bar. Additionally, my set schedule was changed to accommodate James, due to this change I lost the very lucrative Saturday nights. Respondent also excluded me from a very important meeting regarding our tip out from the Cocktail Servers, resulting in a decision that I didn't support.

Upon hiring we were told, we had to complete a five month probation period. During our probationary period, the three male Bartenders were chronically late and or called out multiple times. Two male Bartenders quit and were asked back by management, even though they had attendance issues. On one occasion I was threatened by Roberto (a male bartender) in the presence of Amin Deroui, a manager and no action was taken. When I complained of the disparate treatment and harassment I had to endure, I was told to "grow up" and called a "baby". On or about 9 January 2015, I received a very negative review from Johan Widnersson the Bar Manager. I requested that Johan provide me with feedback and support of his assessment of my performance and he refused. I complained to HR regarding the bias evaluation. HR suggested I write a rebuttal for my file and I was verbally reprimanded for doing so by Martin Mariano, Head of food and Beverage during a meeting on January 12th. During my employment with Respondent, sexual harassment training was promised and scheduled, but never actually happened. The need for sexual harassment training was constantly on display, on more than few occasions, male members of management and staff used derogatory terms such as "Bitch" while

referring to me. On March 13, 2015, I was terminated, just two weeks short of completing probation. Ironically, while waiting to be terminated, two of the male bartenders reported to work late again. However, they along with the other male successfully passed probation.

I believe that by subjecting me to disparate treatment due to my gender, Respondent has violated Title VII of the Civil Rights Act of 1964, as amended, and all applicable State and Local statutes.

I affirm that the above statement is true to the best of my knowledge, information and belief.

_Tina Michelle_         2·8·2016

Charging Party Signature         Date

Subscribed and sworn to before me on this date:

(month, day, year)

_____



EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
NEW YORK DISTRICT OFFICE
ENFORCEMENT UNIT - E1
FEB 08 2016
DATE RECEIVED