# EXHIBIT 8



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Boston Area Office**

John F. Kennedy Federal Building
Government Center, Room 475
Boston, MA 02203-0506
Toll Free Number: (866) 408-8075
Boston Direct Dial: (617) 565-4805
Boston Direct Line: (617) 565-3200
TTY: (617) 565-3204
FAX: (617) 565-3196

Internet: www.eeoc.gov
Email: info@eeoc.gov

Ms. Tina Braunstein
3845 Sedgwick Avenue, Apt 14D
Bronx, NY 10463

Re: Charge No: 520-2015-03582, Tina Braunstein   v.   Sahara Plaza LLC/FRHI Hotels & Resorts/Plaza Hotel
                                Charging Party            Respondent

Dear Ms. Braunstein:

The Equal Employment Opportunity Commission (hereinafter referred to as the "Commission") has reviewed the above-referenced charge according to our charge prioritization procedures. These procedures, which are based on a reallocation of the Commission's staff resources, apply to all open charges in our inventory and call for us to focus our limited resources on those cases that are most likely to result in findings of violations of the laws we enforce.

In accordance with these procedures, we have examined your charge based upon the information and evidence you submitted. You allege you were subjected to employment discrimination by Sahara Plaza LLC/FRHI Hotels & Resorts/Plaza Hotel, hereinafter referred to as Respondent, violated Title VII of the Civil Rights Act of 1964, as amended, in that because of your sex (female) and in retaliation for protesting discriminatory acts, you were involuntarily terminated from your position.

Based upon an analysis of the information received, the Commission is unable to conclude that the information establishes a violation of Federal law on the part of Respondent. This does not certify that Respondent is in compliance with the statutes. No finding is made as to any other issue that might be construed as having been raised by this charge.

The Commission's processing of this charge has been concluded. Included with this letter is your Notice of Dismissal and Right to Sue. Following this dismissal, you may only pursue this matter by filing suit against the Respondent named in the charge within 90 days of receipt of said notice. Otherwise, your right to sue will be lost.

On Behalf of the Commission:

AUG 1 5 2016
Date

Feng K. An, Area Director