

United States District Court
Southern District of New York

Tina Michelle Braunstein

Plaintiff

  against

Sahara Plaza LLC, and The Plaza
Hotel a Fairmont Managed Hotel, et al

Defendants

Tina Michelle Braunstein Declaration
opposition to
Defendants Motion for
Summary Judgement

16 cv 08879

I, Tina Michelle Braunstein, pursuant to U.S.C 1746, hearty declares under penalty of perjury that the following is true and correct:

1. I am the Plaintiff in the above captioned matter and I respectfully submit my declaration in opposition to Defendant's motion for summary judgment based upon my own personal knowledge and experience.

2. I was wrongfully terminated and discriminated against by my former employee, the Plaza Hotel (et al) due to my sex as a female, my age, my religion and was retaliated for reporting such issues to my employer, eventually getting fired day 138 of the mandatory 150 day probation period.

3. The above is in vast contrast to how the three male Bartender's hired at the same time, were treated, they went without reprimand or termination for violating company policy, such as but, not limited to; chronic lateness, missing shifts, using foul language towards Plaintiff, drinking alcohol during their scheduled shifts. Human Resources and Management were made aware of the male employees actions and violations and did nothing in contrast to how they treated Plaintiff.

4. Plaintiff apologizes to the court for not being able to submit her support of each individual exhibit due to issues with her health that made that not possible.

5. Plaintiff is submitting 29 Exhibits as marked in her 44 numbered paragraphs.

6. Plaintiff has read all 44 paragraphs and they are true and accurate to the best of my personal knowledge.

7. Plaintiff's 29 Exhibits attached hereto marked 1-29 are all a true and correct copy of portions of Mariano, Braunstein & Hunts Depositions; emails; papers submitted & received to/from the EEOC; Press Plaintiff received; letters of recommendation plaintiff received; newspaper articles; awarded certificates Plaintiff received. Reviews plaintiff received, paperwork from Defendants through discovery.

June 4 2018

Tina Michelle Braunstein

LEONARD H. NEWBURGER
NOTARY PUBLIC, State of New York
No. 03-8127740
Qualified in Bronx County
Commission Expires Sept. 30, 2018