EXIBIT # 27

*Marty emailed that he was always happy to facilitate a meeting between me and any other staff regarding professional behavior.
*Yet Marty never followed through. Never sat down with Johan and I or Amin and I. He never had that much needed Bar Team meeting. Never met with the Bar and Cocktail Teams together.

February 20, 2015:
*James called out of work.
*Roberto refused to work service - it was just him and I working that night (He informed me as orders started coming in to the Service Bar)
*I was threatened by Roberto in front of Amin, who did nothing. Roberto told me to shut up and dare not speak to him anymore.
*Roberto yelled at me in front of guests, I was visibly shaken.
*Amin and Roberto started speaking Spanish in front of me, they continued this until I was fired.
*Amin physically, inappropriately touched a female guest at the bar, she complained to me. Her and her friends were lawyers from Wales staying in the hotel for a week. They said they would write a complaint to Amin's boss, Marty.
*I massively out-rung Roberto that night even as I worked both Point and Service Stations.
*Amin sat in Roberto's section for 3 hours "tasting" a.k.a, drinking.

February 26 -
*James was late.
*Roberto called out.

February 27 -
*Roberto called out.

February 28 -
*James and Roberto both late.

March 1 -
*James Menite got very drunk behind the bar
*Manager JP threatened to fire, Paige, Katie and Daria, Cocktail servers, if they drank on the job (they were not drinking)

March 3 -
*Roberto called out of work.

March 4 -
*Eddie called out of work.

March 5 -
*Roberto called out.

March 8 -
*Roberto was 1hour and 40 minutes late to work (Daylight Savings Sunday)

March 9 -

27A

Page 222

```
 1              M. MARIANO
 2  included the repositioning of the Palm
 3  Court Restaurant, including the labor
 4  negotiation piece, the creative direction
 5  of specific programs, to oversee the Todd
 6  English Food Hall, and to assist with some
 7  ongoing union labor issues that were
 8  happening down there with the addition of
 9  a private dining room, and ultimately to
10  oversee the repositioning of the Oak Bar.
11         Following the opening of the
12  cocktail program at the Palm Court, the
13  performance of the outlet failed to meet
14  the financial budgeted expectation of the
15  ownership.
16         So a meeting was called in late
17  February between Hampshire Hotels,
18  Fairmont Hotels, Sant Chatwel, who's the
19  owner of Hampshire Hotels, Geoffrey
20  Zakarian and his wife, and the ownership
21  of The Plaza and the general manager,
22  about the way forward.
23         And in that meeting there were
24  several solutions to what needed to be
25  done. And one of them, which they
```

Page 223

```
 1              M. MARIANO
 2  ultimately chose to do, was to halt the
 3  further work being done on the Oak Room;
 4  and therefore, they found it unnecessary
 5  to keep me as part of the leadership team.
 6  So, unfortunately, I was let go.
 7      Q.  Where are you now?
 8      A.  Currently, I work at the Palace
 9  Hotel, Lotte New York Palace.
10      Q.  Lotte, L-o-t-t-e?
11      A.  Correct.
12      Q.  And you have the same there as
13  you had at The Plaza?
14      A.  Yes. I'm the director of food
15  and beverage.
16      Q.  And how many bars do you
17  supervise?
18      A.  I have four.
19      Q.  And you've been there since
20  when?
21      A.  I began in September of 2015
22  following a consulting job with
23  Ritz-Carlton New York Central Park, which
24  was my former job.
25         So to be clear, I left The
```

Page 224

```
 1              M. MARIANO
 2  Plaza. I began at the Ritz-Carlton. And
 3  as I was winding down my consultation with
 4  the Ritz-Carlton, I was contacted by the
 5  Palace to join their team.
 6      Q.  Who contacted you?
 7      A.  The acting general manager at
 8  the time, whose name is John Tolbert. And
 9  he was searching for a director of food
10  and beverage and got my name through the
11  Marriott Corporation.
12      Q.  At the time you left The Plaza,
13  was James Menite still employed?
14      A.  Yes.
15      Q.  And in what capacity?
16      A.  A bartender.
17      Q.  Where?
18      A.  At The Plaza.
19      Q.  Which bar?
20      A.  Oh, the Palm Court.
21      Q.  And how about Roberto, was he
22  still employed?
23      A.  Roberto, I recall, being on a
24  leave of absence at the time that I left.
25      Q.  And how about Edwin?
```

Page 225

```
 1              M. MARIANO
 2      A.  Edwin -- Eddie was still
 3  employed, yes.
 4      Q.  All of them were still employed
 5  at the Palm Court?
 6      A.  Yes.
 7      Q.  When did the Oak Bar open?
 8      A.  It never opened.
 9      Q.  It's still not open?
10      A.  It's still not open.
11      Q.  Was Amin still employed in his
12  present position when you left?
13      A.  Yes.
14      Q.  If I understand your testimony,
15  and tell me or correct me if I'm wrong,
16  that all the people who complained about
17  Tina Braunstein were males?
18      A.  No.
19      Q.  What females complained?
20      A.  The cocktail servers.
21      Q.  When?
22      A.  And the female manager that was
23  employed at the hotel.
24      Q.  And who was the female manager?
25      A.  Carolyn Merlo.
```

Veritext Legal Solutions
www.veritext.com
212-267-6868
516-608-2400

27A