UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

TINA MICHELLE BRAUNSTEIN,

                              Plaintiff,                    16 **CIVIL** 8879 (VSB)

                           -against-                        **JUDGMENT**

SAHARA PLAZA, LLC, et al.,

                            Defendants.

-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 28, 2021, Defendants' motion for summary judgment is GRANTED. Plaintiff's claims under Title VII and the ADEA, and her claims of discrimination, retaliation, and hostile work environment under the NYSHRL, are dismissed with prejudice. Plaintiff's failure to investigate claims under the NYSHRL and the NYCHRL, and her negligent supervision claim, are dismissed without prejudice to refiling in state court.

IT IS FURTHER ORDERED that Plaintiff's motion to reopen discovery is DENIED.

IT IS FURTHER ORDERED that, in light of this Opinion & Order, Defendants' request for a conference on their pending summary judgment motion is DENIED. Judgment is entered for Defendants; accordingly, this case is closed.

**Dated:**  New York, New York
          June 29, 2021

                                                       **RUBY J. KRAJICK**

                                                       **Clerk of Court**
                                       **BY:**
                                                       **Deputy Clerk**