## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

TINA MICHELLE BRAUNSTEIN

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

SAHARA PLAZA, LLC, et al

(List the full name(s) of the defendant(s)/respondent(s).)

16 CV 8879 ( )( )

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/19/2021

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on 6/28/2021 but did not file a notice of appeal within the required time period because:

I AM ACTIVELY looking FoR Council to Assist, AS I've been PRO SE IN SDNY after my ATTORNEY left my CASE, And WANT TO HAVE Legal Council FoR this Next Stage.

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

Dated: 7/19/2021

Signature: Tina Michelle B

Name (Last, First, MI): BRAUNSTEIN, TINA, M

Address: 3845 SEDGWICK Ave #14D, Bronx, NY. 10463

Telephone Number: 718.884.7222

E-mail Address: tmichelle15@me.com

Rev. 3/27/15

**APPLICATION GRANTED
SO ORDERED**
VERNON S. BRODERICK
U.S.D.J. 7/21/2021

Plaintiff's deadline to file a notice of appeal is extended until August 20, 2021. Another extension will not be granted.